ENTER JS6

1   PAUL B. BEACH, State Bar No. 166265
    pbeach@lbaclaw.com
2   LAWRENCE BEACH ALLEN & CHOI, PC
    A Professional Corporation
3   100 West Broadway, Suite 1200
    Glendale, California 91210-1219
4   Telephone No. (818) 545-1925
    Facsimile No. (818) 545-1937
5
    Attorneys for Defendants
6   County of Los Angeles and
    Los Angeles County Sheriff's Department
7

FILED
CLERK, U.S. DISTRICT COURT

MAY - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   EDWARD LEANDRY,                   )   Case No. CV 06-01285 R (CTx)
                                       )
12                  Plaintiff,         )   Honorable Manuel L. Real
                                       )
13                                     )   [PROPOSED] JUDGMENT
                                       )
14        vs.                          )
                                       )
15                                     )
     COUNTY OF LOS ANGELES, et al.,    )
16                                     )
                                       )
17              Defendants.            )
                                       )
18                                     )
                                       )
19   _____  )

20

21        TO THE CLERK OF COURT, ALL PARTIES, AND THEIR

22   ATTORNEYS OF RECORD:

23        PLEASE TAKE NOTICE that a Motion for Summary Judgment by

24   Defendants having been filed and served, the admissible evidence presented

25   having been duly considered, the issues having been duly heard, and a decision

26   having been duly rendered,

27   ///

28   ///

1

LEANDRY\Proposed Judgment re MSJ

1      IT IS HEREBY ADJUDGED AND ORDERED that judgment shall be

2 entered against Plaintiff Edward Leandry and in favor of all Defendants, and

3 Defendants shall be entitled to recover their costs.  Accordingly, this case is

4 hereby dismissed with prejudice in its entirety.

5

6 Dated: _May 9, 2008_            _____

7                 Manuel L. Real

                United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2